UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(COVINGTON)



Eastern District of Kentu
**FILED**

MAR 2 5 2022

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

STEVEN HOWARD, *et al.*,

   Plaintiffs,

v.

CHAAC PIZZA MIDWEST, LLC, *et al.*,

   Defendants.

Case No. 2:21-cv-00163-DLB-CJS

District Judge David L. Bunning
Magistrate Judge Candace J. Smith

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action stipulating to the dismissal with prejudice of Plaintiffs' Complaint in this matter (Doc #: 1) ("Complaint");

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint shall be and hereby is dismissed with prejudice and without costs or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated:

25 March 22

Signed By:
*David L. Bunning*
United States District Judge

**SO STIPULATED:**

s/ Samuel D. Elswick, Jr. (*with consent*)
Andrew Kimble
Emily Anne Hubbard
Riley E. Kane
Samuel D. Elswick, Jr.
Biller & Kimble, LLC
8044 Montgomery Road
Suite 515
Cincinnati, OH 45236
513-452-3568
akimble@billerkimble.com
ehubbard@billerkimble.com
rkane@billerkimble.com
selswick@billerkimble.com

Andrew Biller
Biller & Kimble, LLC - Columbus
4200 Regent Street
Suite 200
Columbus, OH 43219
614-604-8759
abiller@billerkimble.com
*Attorneys for Plaintiffs*

s/ Paul A. Wilhelm
Paul A. Wilhelm (KBA #89695)
Clark Hill PLC
500 Woodward Ave, Suite 3500
Detroit, MI 48226
313-309-4269
pwilhelm@clarkhill.com

*Attorneys for Defendants*
*Chaac Pizza Midwest, LLC and*
*Luis Ibarguengoytia*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I electronically filed the foregoing paper using the Court's ECF system, which will send notification of such filing to all counsel of record

s/ Paul A. Wilhelm
Paul A. Wilhelm (KBA#89695)
Clark Hill PLC